IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| SUSAN M. MCCAIN, | ) | |
| | ) | 4:10CV00029 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| COMMISSIONER OF SSA, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant | ) | |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending that an Order be entered granting the Commissioner of Social Security's Motion for Summary Judgment, affirming the Commissioner's final decision, and dismissing the case from the docket. Report and Recommendation, Feb. 17, 2011, ECF No. 21. The Report and Recommendation was filed on February 17th, 2011, from which time the parties had fourteen days to file an objection. Fed. R. Civ. P. 72(b)(2); Shamlee v. Astrue, No. 2:09CV0290, 2010 WL 3187609, at *1 (E.D.Va. Aug. 11, 2010). Because no objections have been filed, I **ORDER** that the February 17th Report and Recommendation be **ADOPTED** in its entirety. The Commissioner of Social Security's Motion for Summary Judgment is **GRANTED**, the Commissioner's decision is **AFFIRMED**, and the Clerk is hereby directed to **DISMISS** this case from the docket.

The Clerk is further directed to send a copy of this Order to counsel and to Magistrate Judge Crigler.

Entered this 4th day of March, 2011.

s/Jackson L. Kiser  
Senior United States District Judge